UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESUS YANEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | EP-21-CV-00073-DCG |
| | § | |
| WALGREEN CO., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER RESETTING PRETRIAL CONFERENCE

On this day, the Court *sua sponte* considered the above captioned case. Due to a conflict on the Court's calendar, the pretrial conference setting must be reset.

Accordingly, **IT IS ORDERED** that the current pretrial conference setting on May 5, 2022 at 2:00 p.m. is **VACATED**. Pretrial conference is **RESET** to **May 11, 2022 at 11:00 a.m.**

So ORDERED and SIGNED this 3rd day of May 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE