# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| JESUS YANEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | EP-21-CV-00073-DCG |
| | § | |
| WALGREENS CO., | § | |
| | § | |
| *Defendant.* | § | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTINGS**

The parties reached a settlement of all claims.

The parties request the Court to vacate the currently scheduled pretrial hearing and jury trial setting.

The parties will present dismissal documents to the Court but need additional time to effectuate the terms of the settlement.

**Prayer**

For these reasons, the parties ask the Court to vacate the currently scheduled pretrial and jury trial and allow time to present the dismissal documents to the Court.

Respectfully submitted,

LAW OFFICE OF BRETT DUKE, P.C.
6350 Escondido Dr., Ste. A-14
El Paso, Texas 79912
(915) 875-0003
(915) 875-0004 (facsimile)
brettduke@brettduke.com

 */s/ Brett Duke*
Brett Duke

LAW FIRM OF DANIELA LABINOTI, P.C.
707 Myrtle
El Paso, Texas 79901

1

        (915) 581-4600
        (915) 581-4605 (facsimile)
        Daniela@LabinotiLaw.com

        */s/ Daniela Labinoti*
        Daniela Labinoti

Approved:

*/s/ Shannon Schmoyer*
Shannon Schmoyer
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I certify that I electronically filed the foregoing with the clerk using the CM/ECF system, which will send notification of such filing to all counsel.

        */s/ Brett Duke*
        Brett Duke