FILED
July 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MC_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JESUS YANEZ, § <br> § <br> *Plaintiff*, § <br> v. § <br> §     EP-21-CV-00073-DCG <br> WALGREEN CO., § <br> § <br> *Defendant.* § § | |

## ORDER OF DISMISSAL

Before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice" (ECF No. 41), filed under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Jesus Yanez in this action against Defendant Walgreen Co. are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 18th day of July 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE